AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Texas

United States of America
v.
James Thomas Hurd

Defendant(s)

Case No.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 11 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

2-22CV-049-Z

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  8/13/199 and 10/20/2010  in the county of  San Bernardino/Randall  in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 22 CFR § 40.101 - Practicing polygamists | § 40.101 Practicing polygamists. An immigrant alien shall be ineligible under INA 212(a)(9)(A) only if the alien is coming to the United States to practice polygamy. |

This criminal complaint is based on these facts:

Fact: James Hurd vs Sandra Teague VFLVS 017560 pending divorce
Fact: James Hurd vs Susanne Hurd Case No. 71814L2 pending divorce Randall County(note: clerk filed without Judge).
 Federal Question (Riddle me this Batman): Only, immigrant can practice polgamy. Tttthen how can na American have two pending divorce cases and never closed them? Wouldnt that be against the practicing polygamists?

☐ Continued on the attached sheet.

s/Susanne Becker
Complainant's signature

Susanne Becker
Printed name and title

Sworn to before me and signed in my presence.

Date: _____

_____
Judge's signature

City and state: _____

_____
Printed name and title